United States District Court
Southern District of Texas
**ENTERED**
September 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| NOELIA SILVA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:19-CV-00163 |
| § | |
| GENERAL REVENUE CORPORATION, § | |
| § | |
| Defendant. § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' Stipulation of Dismissal (Dkt. No. 16), the Court **GRANTS** the stipulation and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby **DISMISSED** in its entirety with prejudice and without costs to any party. Accordingly, it is further **ORDERED** that Court costs will be paid by the party incurring same.

SO ORDERED this 24th day of September, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge